**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

David L. Warren, Jr().

**Chapter** 13

**Debtor(s)**

**Case No.** 1:18-BK-01843-HWV

**Matter:** First Amended Plan

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, August 21, 2018, I served a true and correct copy of the **First Amended Chapter 13 Plan and Notice of Opportunity to Object and Hearing** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

Dated: August 21, 2018 /s/ Kathryn S. Greene

Kathryn S. Greene, Paralegal for
Paul D. Murphy-Ahles, Esquire