**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

David L. Warren, Jr. **Chapter** 13

**Debtor(s)** **Case No.** 1:18-BK-01843-HWV

**NOTICE OF CHANGE OF ADDRESS**

The Debtor(s) in the above-referenced matter request a change of mailing address for Creditor:

| **FROM** | **TO** |
|---|---|
| Penn Credit Corporation<br>916 South 14th Street<br>PO Box 988<br>Harrisburg, PA 17108-0988 | Penn Credit Corporation<br>PO Box 69703<br>Harrisburg, PA 17106-9703 |

| Date: August 27, 2018 | Movant's Name, Address, Phone Number:<br>Paul D. Murphy-Ahles, Esquire<br>DETHLEFS PYKOSH & MURPHY<br>2132 Market Street<br>Camp Hill, PA 17011<br>(717) 975-9446<br>pmurphy@dplglaw.com |
|---|---|