```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                            Case No. 18-01843-HWV
David L. Warren, Jr.                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1              User: CourtneyG           Page 1 of 1              Date Rcvd: Aug 01, 2019
                                  Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2019.
5062960        Wells Fargo Bank, N.A.,   Default Document Processing,   N9286-01Y,   1000 Blue Gentian Road,
                Eagan MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 David L. Warren, Jr. pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Thomas Song    on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| DAVID L. WARREN, JR | : | BK. No. 1:18-bk-01843-HWV |
| Debtor | : | |
| | : | Chapter No. 13 |
| WELLS FARGO BANK, N.A. | : | |
| Movant | : | |
| v. | : | |
| DAVID L. WARREN, JR | : | |
| SUSAN JANE WARREN (non-filing co-debtor) | : | 11 U.S.C. §362 |
| Respondents | : | |

## ORDER

Upon consideration of the Stipulation by and between Phelan Hallinan Diamond & Jones, LLP counsel for the Movant, **WELLS FARGO BANK, N.A.**, and Paul Donald Murphy-Ahles, Esquire, counsel for the Debtor, settling the Motion for Relief from the Automatic Stay and Co-Debtor Stay is hereby APPROVED.

Dated: August 1, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (LS)