```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                        Case No. 18-01843-HWV
David L. Warren, Jr.                                          Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: CourtneyW          Page 1 of 1          Date Rcvd: Nov 22, 2019
                              Form ID: pdf010          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2019.
              +Susan Jane Warren,    209 Ewe Road,    Mechanicsburg, PA 17055-4875

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 David L. Warren, Jr. pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Thomas   Song    on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| David L. Warren Jr<br>    Debtor<br><br>M&T BANK<br>    Movant<br>  vs.<br><br>David L. Warren Jr<br>    Debtor<br><br>Susan Jane Warren<br>    Additional Respondent<br><br>Charles J. DeHart, III, Esquire<br>    Trustee | CHAPTER 13<br><br><br>NO. 18-01843 HWV<br><br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated: November 22, 2019

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge (JH)