```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                               Case No. 18-01843-HWV
David L. Warren, Jr.                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 1      Date Rcvd: Mar 03, 2020
                              Form ID: pdf010      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2020.
        +Susan Jane Warren,   209 Ewe Road,   Mechanicsburg, PA 17055-4875

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2020 at the address(es) listed below:
        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
        James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
        Karl M Ledebohm   on behalf of Creditor   Members 1st Federal Credit Union kledebohm@epix.net
        Paul Donald Murphy-Ahles   on behalf of Debtor 1 David L. Warren, Jr. pmurphy@dplglaw.com,
         kgreene@dplglaw.com
        Thomas   Song   on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                                                                                    TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David L. Warren Jr <br> Debtor <br> M&T BANK <br> v. <br> David L. Warren Jr.    Debtor <br> Susan Jane Warren <br> Additional Respondent <br> Charles J. DeHart, III <br> Trustee | Chapter 13 <br><br> NO. 18-01843 HWV <br><br> 11 U.S.C. Sections 362 and 1301 |

### ORDER

Upon Consideration of the Certification of Default filed by the Movant in accordance with the Stipulation of the parties approved on November 22, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow M&T BANK and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 209 Ewe Road Mechanicsburg, PA 17055.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

Dated: February 28, 2020

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge (JH)