```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 18-01843-HWV
David L. Warren, Jr.                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke          Page 1 of 1              Date Rcvd: Mar 06, 2020
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2020.
db              +David L. Warren, Jr.,   209 Ewe Road,   Mechanicsburg, PA 17055-4875

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt     on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Karl M Ledebohm    on behalf of Creditor    Members 1st Federal Credit Union kledebohm@epix.net
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 David L. Warren, Jr. pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Thomas    Song    on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : |
| DAVID L. WARREN, JR. | : CASE NO. 1:18-bk-01843-HWV |
| | : |
| DEBTOR | : |
| | : |
| MEMBERS 1ST FEDERAL CREDIT UNION | : 11 U.S.C. Section 362 |
| MOVANT | : Motion for relief from Automatic Stay |
| vs. | : |
| DAVID L. WARREN, JR. | : |
| RESPONDENT(S) | : |
| CHARLES J. DEHART, III, TRUSTEE ADDITIONAL RESPONDENT | : |

## ORDER

**AND NOW,** upon consideration of the Certification of Default filed by Movant, Members 1st Federal Credit Union ("Members 1st"), in accordance with the Stipulation of the parties approved on January 24, 2020, **IT IS HEREBY ORDERED THAT** the Automatic Stay is lifted as to Members 1st and the indebtedness of the Debtor to Members 1st and all that certain **2014 Ford Escape, Vehicle Identification #:1FMCU9JX3EUB92012** owned by Debtor (the "Vehicle"), and Members 1st is free to proceed to exercise any and all rights and remedies available to Members 1st with respect to the Vehicle and under the Note and security agreements securing Debtor's indebtedness to Members 1st, and otherwise at law or in equity, including, without limitation, repossessing the Vehicle and/or entering judgment on the Note and issuing execution thereon for purposes of effecting a sheriff's levy and sale of the Vehicle and any other action for enforcement of its right of possession of, or title to, the Vehicle; and it is further

**ORDERED AND DECREED THAT:**

a. Members 1st shall be permitted to communicate with the Debtor and/or Debtor's counsel and/or agents to the extent necessary to comply with applicable non-bankruptcy law;

b. Rule 4001(a)(3) is not applicable and Members 1st may immediately enforce and implement this Order granting Relief from the Automatic Stay; and,

c. Debtor is prohibited from filing or re-filing a bankruptcy for a period of one hundred and eighty (180) days from the date of this Order.

Dated: March 6, 2020

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (JH)