```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 18-01843-HWV
David L. Warren, Jr.                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: AutoDocke       Page 1 of 1              Date Rcvd: Mar 11, 2020
                            Form ID: pdf010       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2020.
          +Susan Jane Warren,   209 Ewe Road,   Mechanicsburg, PA 17055-4875

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Karl M Ledebohm    on behalf of Creditor   Members 1st Federal Credit Union kledebohm@epix.net
          Paul Donald Murphy-Ahles    on behalf of Debtor 1 David L. Warren, Jr. pmurphy@dplglaw.com,
           kgreene@dplglaw.com
          Thomas   Song   on behalf of Creditor   WELLS FARGO BANK, N.A. pamb@fedphe.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| David L. Warren Jr<br>　　　　　Debtor | CHAPTER 13 |
| M&T BANK<br>　　　　　Movant<br>vs. | NO. 18-01843 HWV |
| David L. Warren Jr<br>　　　　　Debtor | |
| Susan Jane Warren<br>　　　Additional Respondent | 11 U.S.C. Section 362 |
| Charles J. DeHart, III<br>　　　　　Trustee | |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court, and the Order of February 28, 2020 granting the Motion for Relief from Stay (Document No. 53) is vacated, and the Automatic Stay is reinstated. The court retains discretion regarding entry of any further order.

Dated: March 11, 2020

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (JH)