# CERTIFICATE OF SERVICE

I hereby certify that on **October 18, 2022** I have served a copy of this Notice of Mortgage Payment Change and all attachments, relating to claim # 13, in Chapter 13 case# 18-01843 in the Middle District of Pennsylvania, for debtor(s) David L Warren Jr, to the following:

By US Mail, postage pre paid:

Debtor(s):

David L Warren Jr
209 Ewe Rd
Mechanicsburg, PA 17055

BY CM/ECF

Debtor's Attorney:

Paul Donald Murphy-Ahles

Trustee:

Jack N Zaharopoulos

FILED '22 OCT 25 PM2:19
CLERK, US COURT, PAMB

/s/ Sarah Sepulveda Rios
Business Banking & Consumer Support Specialist, M&T Bank
475 Crosspoint Parkway
Getzville, NY 14068
800-837-7694